# Exhibit 1



**MMA Mats**



**Soft Shapes**



**Designer Soft Tiles**



**Jumbo Soft Tiles**



**Tatami Tiles**