# Exhibit 3



**Eco-Soft Carpet Tiles**



**Premium Soft Carpet Tiles**



**Reactive Rubber Tiles**



**Eco-Soft +**



**Tight-Lock Tiles**