UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Parallax Group International, LLC, a California Limited Liability Company, <br><br>   Plaintiff, <br><br>   v. <br><br> Incstores LLC, an Arizona Limited Liability Company, <br><br>   Defendant. | Case No. 8:16-cv-929-JVS-DFM <br><br> Honorable James V. Selna <br><br> **JUDGMENT IN A CIVIL CASE** |
| Incstores LLC, an Arizona Limited Liability Company, <br><br>   Counterclaimant, <br>   v. <br><br> The Parallax Group International, LLC, a California Limited Liability Company, et al. <br><br>   Counterdefendants. | |

## **FINAL JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that U.S. Patent Nos. 9,289,085 and D543,764 are invalid and judgment is entered in favor of Incstores LLC

("Defendant") and against The Parallax Group International, LLC ("Plaintiff") on Defendant's First Counterclaim (Counts I-II).

**IT IS SO ORDERED.**

DATED: August 31, 2022

_____
HON. JAMES V. SELNA
JUDGE, UNITED STATES DISTRICT COURT