# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Parallax Group International, LLC, a California corporation,<br><br>    Plaintiff,<br>        v.<br><br>Incstores LLC, an Arizona corporation,<br><br>    Defendant, | Case No. 8:16-cv-00929-JVS-DFM<br><br>**JUDGMENT** |
| Incstores LLC, an Arizona corporation,<br><br>            Counterclaimant,<br>        v.<br><br>The Parallax Group International, LLC, a California corporation,<br><br>    Counter-defendant. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's Findings of Fact and Conclusions of Law [Dkt. 393] dated December 6, 2023, issued after the Court presided over a bench trial, and the entirety of the record available, the Court hereby ORDERS and ENTERS FINAL JUDGMENT. Final Judgment is entered in favor of Plaintiff and against Defendant on Defendant's counterclaims for inequitable conduct and 35 U.S.C. §285 attorney fees. The Court previously dismissed all other causes of action and claims for relief brought in this action [Dkt. 312].

1  Therefore, no causes of action or claims remain in this case. Except for those costs already
2  granted [Dkt. 349], each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 25, 2024

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE